GEORGE S. CARDONA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
   Room 7211 Federal Building
   300 North Los Angeles Street
   Los Angeles, CA 90012
   Telephone: (213) 894-4600
   Facsimile: (213) 894-0115
   Email: Gavin.Greene@usdoj.gov

JS-6

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| United States of America, | ) Case No. CV 09-07924 R (CTx) |
|---|---|
|    Petitioner, | ) Order on Stipulation to Enforce IRS Summons |
| vs. | ) |
| James P. Stoneman, | ) |
|    Respondent. | ) |

Based on the Stipulation to Enforce IRS Summons and all matters properly part of the record:

**IT IS HEREBY ORDERED**

The hearing on the Petition to Enforce Internal Revenue Service Summons calendared for December 14, 2009 at 10:00 a.m. is hereby vacated.

The Petition to Enforce Internal Revenue Service Summons is granted and Respondent <u>James P. Stoneman</u> is ordered to appear before Revenue Officer E. Sosa (or other IRS employee designated for such purpose) and provide testimony and produce books,

records, papers and other data as demanded in the IRS summons that is the subject of this proceeding at the following date, time, and address:

    Date:    January 13, 2010
    Time:    10:00 a.m.
    Address: 9350 E. Flair Drive, 4th Floor
                El Monte, CA 91731

Respondent's appearance shall continue from day-to-day thereafter at the same location for as long as is necessary to provide the testimony and to make available for inspection and copying the produced books, records, papers, and other data demanded in the IRS Summons.

Failure by Respondent to comply with the terms of this Order shall be grounds for finding Respondent in contempt of Court, and may result in sanctions, including incarceration.

**IT IS SO ORDERED**

DATED: _Dec. 14, 2009__        _____
                                       MANUEL L. REAL
                                       United States District Court Judge

Respectfully submitted,

GEORGE S. CARDONA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America